# Maryland Judiciary Case Search

**NOTICE: Available**

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Baltimore County - Civil** |
| Location: | **Baltimore County Circuit Court** |
| Case Number: | **C-03-CV-24-002816** |
| Title: | **DENNIS TOWNSEND vs. ADVANCED ENERGY MACHINES, LLC** |
| Case Type: | **Contract - Breach** |
| Filing Date: | **07/26/2024** |
| Case Status: | **Open** |

### Involved Parties Information

#### Defendant

Name: **ADVANCED ENERGY MACHINES, LLC**

Address: **Serve on: Advanced Energy Machines, LLC**
**c/o Nevada Corporate Headquarters, Inc.**

City: **Las Vegas**   State: **NV**   Zip Code: **89147**

#### Plaintiff

Name: **TOWNSEND, DENNIS**

Address: **c/o Townsend Capital, LLC**
**230 Schilling Circle, Suite 120**

City: **Hunt Valley**   State: **MD**   Zip Code: **21031**

#### Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **BROOKS, TODD MICHAEL** |
| Appearance Date: | **07/26/2024** |
| Address Line 1: | **Whiteford, Taylor & Preston, LLP** |
| Address Line 2: | **Seven St Paul Street** |
| Address Line 3: | **15th Floor** |
| City: | **Baltimore**   State: **MD**   Zip Code: **21206** |

## Document Information

| | |
|---|---|
| File Date: | 07/26/2024 |
| Document Name: | **Case Information Report Filed** |
| Comment: | |

| | |
|---|---|
| File Date: | 07/26/2024 |
| Document Name: | **Complaint / Petition** |
| Comment: | **Complaint** |

| | |
|---|---|
| File Date: | 07/26/2024 |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 1 - Convertible Promissory Note** |

| | |
|---|---|
| File Date: | 07/26/2024 |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 2 - Security Agreement** |

| | |
|---|---|
| File Date: | 07/26/2024 |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 3 - UCC Financing Statement Filing** |

| | |
|---|---|
| File Date: | 07/26/2024 |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 4 - First Amendment to Convertible Promissory Note** |

| | |
|---|---|
| File Date: | 07/26/2024 |
| Document Name: | **Summons Issued (Service Event)** |
| Comment: | |

| | |
|---|---|
| File Date: | 07/26/2024 |
| Document Name: | **Writ /Summons/Pleading - Electronic Service** |
| Comment: | **Writ of Summons** |

| | |
|---|---|
| File Date: | 08/02/2024 |
| Document Name: | **Affidavit - Service** |
| Comment: | **Affidavit of Service on Advanced Energy Machines, LLC** |

## Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **07/26/2024** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2024. Maryland Judiciary. All rights reserved.

Service Desk: (410) 260-1114